AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3/21/08 |
|---|---|
| NAME OF SERVER *(PRINT)* James F Mallinson | TITLE R.I. Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________________

☐ Returned unexecuted: ______________________________

☑ Other (specify): Corporate Service accepted by.... Robin Drasd V.P. at Davol Inc., 100 Sockanossett Cross road, Cranston, RI

FILED
APR 04 2008
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

## STATEMENT OF SERVICE FEES

| TRAVEL — | SERVICES — | TOTAL — |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/21/08
Date

James F Mallinson 6174
*Signature of Server*

c/o Dennis Richman's Services
1500 JFK Blvd, Ste 1706
Phila PA 19102
*Address of Server* 215-977-9393

Robin Drasg V.P.
Robin Drasg

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

3062