UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUISA HOCEVAR and LOUIS P. HOCEVAR, Plaintiffs, | § | |
| v. | § | Case No.: 2:08-cv-01211 |
| C.R. BARD, INC. and DAVOL INC., Defendants. | § | |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendants C.R. Bard, Inc. and Davol, Inc., pursuant to Fed. R. Civ. P. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

C.R. Bard, Inc., is a publicly traded company. It has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

| | |
|---|---|
| | MCCARTER & ENGLISH, LLP<br><br>By: /s/ Barbara K. Gotthelf<br>Barbara K. Gotthelf<br><br>Mellon Bank Center<br>1735 Market Street, Suite 700<br>Philadelphia, PA 19103<br>215.979.3800<br>215.979.3899 (fax)<br>Attorneys for Defendants<br>Davol, Inc. and C.R. Bard, Inc. |
| DATED: April 15, 2008 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 on behalf of defendants Davol, Inc. and C. R. Bard, Inc. to be served via electronic service upon the following:

Daniel N. Gallucci, Esq.
Joanne E. Matusko, Esq.
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601

By: /s/ Barbara K. Gotthelf
Barbara K. Gotthelf
McCarter & English, LLP
Attorneys for Defendants,
Davol, Inc. and C. R. Bard, Inc.

**DATED:** April 15, 2008