SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01211−AB

HOCEVAR et al v. C.R. BARD, INC. et al
Assigned to: HONORABLE ANITA B. BRODY
Cause: 28:1332 Diversity−Product Liability

Date Filed: 03/12/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**LUISA HOCEVAR**

represented by **DANIEL N. GALLUCCI**
RODA &NAST PC
801 ESTELLE DRIVE
LANCASTER, PA 17601
717−892−3000
Email: dgallucci@rodanast.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOUIS P. HOCEVAR**

represented by **DANIEL N. GALLUCCI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. BARD, INC.**

represented by **BARBARA K. GOTTHELF**
MCCARTER &ENGLISH
1735 MARKET STREET
SUITE 700
PHILADELPHIA, PA 19103
215−979−3836
Email: bgotthelf@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVOL, INC.**

represented by **BARBARA K. GOTTHELF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2008 | " 1 | COMPLAINT against C.R. BARD, INC., DAVOL, INC. ( Filing fee $ 350 receipt number 946696.), filed by LUISA HOCEVAR, LOUIS P. HOCEVAR.(tj, ) (Entered: |

| | | |
|---|---|---|
| | | 03/12/2008) |
| 03/12/2008 | " | Summons Issued; 2 Mailed to counsel 3/12/08 as to C.R. BARD, INC., DAVOL, INC. (tj, ) (Entered: 03/12/2008) |
| 03/12/2008 | " | DEMAND for Trial by Jury by LUISA HOCEVAR, LOUIS P. HOCEVAR. (tj, ) (Entered: 03/12/2008) |
| 04/04/2008 | " 2 | SUMMONS Returned Executed by LUISA HOCEVAR, LOUIS P. HOCEVAR re: JAMES F. MALLINSON served Summons and Complaint upon DAVOL, INC. by PERSONAL SERVICEon 3/21/2008, answer due 4/10/2008. Corporate Service Accepted at 100 Sockanossett Crossroad, Cranston, Rhode Island 02920(rf, ) (Entered: 04/07/2008) |
| 04/04/2008 | " 3 | SUMMONS Returned Executed by LUISA HOCEVAR, LOUIS P. HOCEVAR re: THOMAS CREAN, JR. served Summons and Complaint upon C.R. BARD, INC. by PERSONAL SERVICE on 3/20/2008, answer due 4/9/2008. Summons and Complaint served at 730 Central Avenue, Murray Hill, NJ. Accepted by Jean Miller, Asst. Legal Secretary. (rf, ) (Entered: 04/07/2008) |
| 04/10/2008 | " 4 | ANSWER to 1 Complaint together with Affirmative Defenses of Defendants C.R. Bard, Inc. and Davol Inc. by C.R. BARD, INC., DAVOL, INC..(GOTTHELF, BARBARA) (Entered: 04/10/2008) |
| 04/15/2008 | " 5 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by C.R. BARD, INC., DAVOL, INC..(GOTTHELF, BARBARA) (Entered: 04/15/2008) |
| 04/24/2008 | " 6 | CERTIFIED COPY OF ORDER FROM THE PANEL ON MULTI−DISTRICT LITIGATION TRANSFERRING CASE TO THE DISTRICT OF RHODE ISLAND AS PART OF MDL−1842. (rf, ) (Entered: 04/25/2008) |